UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | )   CR-05-43-B-W |
| | ) |
| HERBERT F. WARRENDER, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 27) filed June 5, 2006, the Recommended Decision is accepted.

1. It is therefore ORDERED that Defendant's Amended Motion to Suppress (Docket No. 18) be and hereby is DENIED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 26th day of June, 2006